UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL NO. 17-11234-RWZ

OLD DOMINION FREIGHT LINES, INC.

v.

MICHAEL SALVAGGI,
MICHAEL A. SALVAGGI d/b/a Express Transportation,
ANTHONY M. SALVAGGI,
and SALVAGGI BROTHERS TRUCKING

ORDER

January 26, 2018

ZOBEL, S.D.J.

Plaintiff's motion for the entry of a default against all defendants (Docket # 11) is ALLOWED.

Judgment may be entered for plaintiff as follows:

1. $204,384.27 damages for unpaid freight plus prejudgment interest of 12% per annum from the date of the complaint to the date of the judgment;

2. $17,727.50 attorneys' fees; $558.90 costs;

3. $204,384.27 to double the damages pursuant to Mass. Gen. Laws. ch. 93A; and

4. Post-judgment interest in accordance with 28 U.S.C. § 1961.

| January 26, 2018 | /s/Rya W. Zobel |
|---|---|
| DATE | RYA W. ZOBEL |
| | SENIOR UNITED STATES DISTRICT JUDGE |